*Document Electronically Filed* August 26, 2025
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

       Re:    Serrecchia v. Commissioner of Social Security
              Docket No: 1:25-cv-04805-VF

Hon. Judge Figueredo:

      This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to file Plaintiff's Brief in this matter, to November 3, 2025. Plaintiff's Brief is currently due on September 4, 2025; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

      Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between August 22, and October 31, 2025, staff in Counsel's office have two hundred and six (206) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

      Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the below briefing schedule. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

      If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before November 3, 2025;**
- **Defendant's Brief is due on or before January 6, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before January 27, 2026.**

//
//
//

Thank you for your consideration.

                                                 Respectfully submitted,

                                                 */s/ Howard D. Olinsky*
                                                 Howard D. Olinsky, Esq.
                                                 Counsel for Plaintiff

The extensions requested herein are GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.

**SO ORDERED.**

Dated: August 27, 2025

                                                 **Valerie Figueredo**
                                               **U.S. Magistrate Judge**