**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
ADAM SERRECCHIA,

                                Plaintiff,                  25 **CIVIL** 4805 (VF)

      -v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated February 6, 2026, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the

Commissioner of Social Security for this further administrative action.

**Dated:**  New York, New York

       February 10, 2026

                                        TAMMI M. HELLWIG

                                        _____

                                          Clerk of Court

                        BY:

                                      _____

                                        Deputy Clerk